# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALAXIA ELECTRONICS CO., LTD., <br><br> Plaintiff, <br><br> v. <br><br> LUXMAX, U.S.A., et al., <br><br> Defendants. <br><br> AND RELATED CLAIMS | No. 2:16-cv-05144-JAK (GJSx) <br><br> **JUDGMENT** |

1

**IT IS HEREBY ADJUDGED** that Plaintiff Galaxia Electronics Co., Ltd., is entitled to immediate entry of default judgment against Defendants Luxmax, U.S.A. and RWS Management, Inc. on its claims for breach of contract. Judgment is entered as to the following:

    (i) Compensatory damages of $11,588,000.20, for which Luxmax and RWS are jointly and severally liable;

    (ii) Attorney's fees and costs of of KRW 285,861,620, for which RWS alone is liable;

    (iii) Pre-judgment interest of $7,382,405.63, for which Luxmax and RWS are jointly and severally liable;

    (iv) Pre-judgment interest of $1,129,966.58, for which Luxmax alone is liable;

    (v) Pre-judgment interest of $2,814,158.26, for which RWS alone is liable; and

    (vi) Post-judgment interest at the rate of 5.38%, calculated as called for by 28 U.S.C. § 1961.

**IT IS HEREBY ADJUDGED** that this judgment is entered pursuant to Fed. R. Civ. P. 54(b) and 55(b)(2).

**IT IS SO ORDERED.**

Dated: November 16, 2023

John A. Kronstadt
United States District Judge