1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

10

**CENTRAL DISTRICT OF CALIFORNIA**

11

GALAXIA ELECTRONICS CO., LTD.,

No. 2:16-cv-05144-JAK (GJSx)

12

Plaintiff,

**FINAL JUDGMENT**

13

v.

**JS-6: CASE TERMINATED**

14

LUXMAX, U.S.A., et al.

15

Defendants.

16
17
18
19
20
21
22
23
24
25
26
27
28

On February 1, 2023, this Court issued an Order granting the Motion by Defendant Daniel Murphy Under Rule 12(b)(6) of the Federal Rules of Civil Procedure to dismiss the claims of Plaintiff Galaxia Electronics Company, Ltd. ("Galaxia"), for quantum valebant and tortious interference with contract with leave to amend.

On March 6, 2024, this Court issued an Order granting Partial Summary Judgment for Defendant Daniel Murphy and against Plaintiff Galaxia, on Plaintiff's claims for intentional misrepresentation and conversion.

Thereafter, on January 21, 2025, this action came on regularly for trial of Plaintiff Galaxia's sole remaining claim against Defendant Daniel Murphy for promissory fraud.

A jury of eight persons was impaneled and sworn. After the jury heard the evidence and arguments of counsel, and after the jury was instructed by the Court, the Plaintiff's claim against Defendant was submitted to the jury with instructions to return a special verdict, with the punitive damage phase, if any, bifurcated. The jury deliberated and thereafter returned into Court with its special verdict, which was rendered in favor of Defendant Daniel Murphy and against Plaintiff Galaxia. Accordingly, the punitive damages phase did not proceed.

WHEREFORE, and by virtue of the law, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that Plaintiff Galaxia Electronics Co., Ltd., ("Galaxia") shall recover nothing from Defendant Daniel Murphy. Defendant Daniel Murphy is the prevailing party within the meaning of Federal Rule of Civil Procedure 54, and shall recover his costs from Plaintiff Galaxia. The action shall be dismissed on the merits as to Defendant Daniel Murphy.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED, that pursuant to the Judgment entered on November 16, 2023, which is incorporated into and made a part of this Judgment, and the September 29, 2023 Order, with respect to

the determination that Scarnechia is the alter ego of RWS Management, Inc. ("RWS"):

(1) Galaxia shall be awarded compensatory damages of $11,588,000.20, for which Defendants Luxmax, U.S.A. ("Luxmax"), RWS, and Robert Scarnechia (as RWS's alter ego) are jointly and severally liable;

(2) Galaxia shall be awarded attorney's fees and costs of KRW 285,861,620 (i.e., $238,319.30, as stated in the February 2, 2023 Order, which ruled, in part, on Galaxia's Motion for Default Judgment against RWS and Luxmax), for which RWS and Robert Scarnechia are jointly and severally liable;

(3) Galaxia shall be awarded pre-judgment interest of $7,382,405.63, for which Luxmax, RWS, and Robert Scarnechia are jointly and severally liable;

(4) Galaxia shall be awarded pre-judgment interest of $1,129,966.48, for which Luxmax is liable;

(5) Galaxia shall be awarded pre-judgment interest of $2,814,158.26, for which RWS and Robert Scarnechia are jointly and severally liable; and

(6) Galaxia shall be awarded post-judgment interest on items (1)-(4), above, at the rate of 5.38%, calculated as called for by 28 U.S.C. § 1961.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this is a final judgment disposing of all claims and all parties. Any relief not expressly granted is denied.

**IT IS SO ORDERED.**

Dated:  July 2, 2025                                     _____

John A. Kronstadt
United States District Judge

3